UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-------------------------------------------------------------X

| | |
|---|---|
| JULIO BASTIDAS, | 07-CV-05276-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, *et al.*, | |
| Defendants. | |

-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:      /s/  Judith R. Cohen
                              _____
                              Judith R. Cohen (JC-8614)
                              1177 Avenue of the Americas
                              New York, New York 10036
                              Phone: (212) 277-6500
                              Fax: (212) 277-6501

                              *Attorney for Defendant*
                              MERRILL LYNCH & CO., INC.

DOCSNY-271358v01