KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER       21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
JULIO BASTIDAS,                          DOCKET NO:
                                         07 CV 5276
                        Plaintiff,

     -against-

100 CHURCH, LLC, 110 CHURCH LLC 53       NOTICE OF
PARK PLACE, LLC ALAN KASMAN DBA          APPEARANCE
KASCO, AMBIENT GROUP, INC., ANN TAYLOR
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK,  BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CUNNINGHAM DUCT CLEANING CO.,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEANAIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., LIONSHEAD 110 DEVELOPMENT
LLC LIONSHEAD DEVELOPMENT LLC
LIONSHEAD DEVELOPMENT LLC MERILL LYNCH
& CO., NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NOMURA HOLDING AMERICA, INC.,

**NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP, INC.,
TRC ENGINEERS, INC., TRIBECA LANDING LLC
WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B CO., LP., AND ZAR REALTY
MANAGEMENT CORP.,**

          **Defendants.**

..............................................................................................x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

    **CUNNINGHAM DUCT WORK s/h/i/a
    CUNNINGHAM DUCT CLEANING CO., INC.**

 I certify that I am admitted to practice in this court.

Dated: New York, New York
    January 24, 2008

              Kevin G. Horbatiuk
              Kevin G. Horbatiuk (KGH4977)
              Attorneys for Defendant
              **CUNNINGHAM DUCT WORK s/h/i/a
              CUNNINGHAM DUCT CLEANING CO.,
              INC.**
              RUSSO, KEANE & TONER, LLP
              26 Broadway, 28th Floor
              New York, New York 10004
              (212) 482-0001
              RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiff
    **JULIO BASTIDAS**
    115 Broadway - 12th Floor
    New York, New York 10006
    (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 24th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIO BASTIDAS**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK