KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER     21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
JULIO BASTIDAS,                        DOCKET NO:
                                       07 CV 5276
                Plaintiff,

    -against-

100 CHURCH, LLC, 110 CHURCH LLC 53     NOTICE OF
PARK PLACE, LLC ALAN KASMAN DBA        ADOPTION OF
KASCO, AMBIENT GROUP, INC., ANN TAYLOR ANSWER TO
TAYLOR STORES CORPORATION, BATTERY     MASTER COMPLAINT
PARK CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CUNNINGHAM DUCT CLEANING CO.,
DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH
CLEANAIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., LIONSHEAD 110 DEVELOPMENT
LLC LIONSHEAD DEVELOPMENT LLC
LIONSHEAD DEVELOPMENT LLC MERILL LYNCH
& CO., NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NOMURA HOLDING AMERICA, INC.,

NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP, INC.,
TRC ENGINEERS, INC., TRIBECA LANDING LLC
WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B CO., LP., AND ZAR REALTY
MANAGEMENT CORP.,

          **Defendants.**
..................................................................................x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   January 24, 2008

              Kevin G. Horbatiuk
              Kevin G. Horbatiuk (KGH4977)
              Attorneys for Defendant
              **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO.,**
              **INC.**
              RUSSO, KEANE & TONER, LLP
              26 Broadway, 28th Floor
              New York, New York 10004
              (212) 482-0001
              RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIO BASTIDAS**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 24th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JULIO BASTIDAS**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK