RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |

------------------------------------------------------------------X

| | |
|---|---|
| JULIO BASTIDAS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>110 CHURCH LLC, et al.,<br><br>                    Defendants. | Docket No.: 07 CV 5276<br><br>**NOTICE OF ADOPTION<br>OF ANSWER TO<br>MASTER COMPLAINT**<br><br>**ELECTRONICALLY FILED** |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
    May 12, 2008

                                      RUBIN, FIORELLA & FRIEDMAN LLP

                          By: *Leila Cardo*
                                   Leila Cardo (LC-8359)
                                   *Attorneys for Defendant*
                                   110 CHURCH, LLC
                                   292 Madison Avenue - 11th Floor
                                   New York, New York 10017
                                   (212) 953-2381
                                   File No. 344-6879